UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

FASIL TAKLETSADIK                        CASE NO. 3:26-CV-00517 SEC P

VERSUS                                   JUDGE JERRY EDWARDS

BRYAN PATTERSON, ET AL                   MAGISTRATE JUDGE LEBLANC

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 20), noting the absence of objection thereto, and concurring with findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's Habeas Petition (R. Doc. 1) is hereby **GRANTED**. Petitioner must be released from detention as soon as practicable, not to exceed five (5) business days from today, under reasonable conditions of supervision to be established by the Government of Homeland Security. The parties must file a Notice of Compliance within 24 hours of Petitioner's release.

**THUS, DONE AND SIGNED** in Chambers this 30th day of June, 2026

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE